THE PEOPLE OF THE STATE OF NEW YORK ex rel. BROADWAY AND NINETY-SIXTH STREET REALTY COMPANY, Respondent, v. WILLIAM E. WALSH, as Superintendent of Buildings of the Borough of Manhattan, City of New York, Respondent. TRIO AMUSEMENT COMPANY, INC., Appellant.— Order modified as stated in order, and as so modified affirmed, without

costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and Greenbaum, JJ.